

## In The
## Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-14-00233-CR
_____

JAAFAR ABDULLAH, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2014-401987; Honorable John J. McClendon III, Presiding

February 20, 2015

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Following an open plea of guilty, Appellant, Jaafar Abdullah, was convicted of aggravated robbery[1] and sentenced to six years confinement. Pending before this Court is Appellant's *Motion to Dismiss Appeal* in which he represents he wishes to withdraw his notice of appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure,

---

[1] TEX. PENAL CODE ANN. § 29.03(a) (West 2011).

the motion is signed by Appellant and his attorney.  No decision of this Court having been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle<br>
Justice

Do not publish.